THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:



DATED: August 1, 2013

Pamela Pepper
Chief United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

In re:  ANDREW J. BECK and
KATHY A. BECK,
Debtors.

Case No. 12-37851-PP
(Chapter 7)

### ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. § 707(b)(1) BASED ON 11 U.S.C. §§ 707(b)(2) and (3)

On March 11, 2013, the United States Trustee filed a Motion to Dismiss this Case Under 11 U.S.C. § 707(b)(1) based on 11 U.S.C. §§ 707(b)(2) and 707(b)(3). An evidentiary hearing was held on June 26, 2013, after which the Court took the case under advisement. On July 23, 2013, the Court issued an oral ruling finding that, based on the changes to both the debtors' income and expenses; they did not rebut the presumption of abuse.

**THEREFORE, IT IS HEREBY ORDERED:**

1. The United States Trustee's motion to dismiss this case is granted;

2. The dismissal of this case shall be stayed until August 30, 2013, to permit the Debtors the opportunity to convert this case to Chapter 13; and

3. If no motion to convert has been filed by September 3, 2013, this case shall be dismissed.

####

Attorney Debra L. Schneider
Office of the United States Trustee
517 E. Wisconsin Avenue, Suite 430
Milwaukee, WI 53202
414.297.4499/Fax 414.297.4478