UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE: Andrew J. Beck and Kathy A. Beck

Case No. 12−37851−pp

Chapter 7

Debtors.

## NOTICE OF DISMISSAL

You are hereby notified that pursuant to the Order signed on August 1, 2013 by Judge Pamela Pepper, the Chapter 7 case of the above−named Debtors is dismissed.

Dated: September 4, 2013

**JANET L. MEDLOCK**
Clerk of Court

By: Hani K.
Deputy Clerk